ALBANY,
Dec. 1830.

Anon.

*S. 410, § 7.* This act varies in its phraseology from the act of 1813, 1 *R. L. 326, § 3.* Ordinarily, in the computation of time as to the service of papers, one day is included and the other is excluded, and so is the general rule of this court, *Rule 62, adopted 1st January,* 1830; but that rule expressly *excludes* the day of service, and the statute excludes the first day of court; consequently there was in this case a notice of only *thirteen* days. The motion is therefore granted, but without costs.

---

### ANON.

Special motions should be *argued* and not *submitted* on briefs, as was the practice under former rules.

Dec. 9th.

COUNSEL offered to *submit* papers on a motion noticed for this day.

Mr. Justice MARCY said he would take the papers if counsel were not prepared to state and argue the question which was intended to be raised; although, under the present arrangement of the business of the court, it was desirable that counsel should argue the questions, as thus the labor of wading through voluminous papers would be saved to the court, and their attention directed only to the important facts and points in the cases presented.

**END OF CASES OF PRACTICE.**